JANUARY 9, 1950.*

*Per Curiam Decision.*

· No. 69.   SINCLAIR *v.* UNITED STATES.

*Per Curiam:* The judgment is reversed. *United States* v. *Limehouse,* 285 U. S. 424; *Swearingen* v. *United States,* 161 U. S. 446.   *Jacob Kossman* argued the cause for petitioner.   With him on the brief was *David Berger.   John R. Benney* argued the cause for the United States.   With him on the brief were *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan.   Emanuel Redfield* filed a brief for the American Civil Liberties Union, as *amicus curiae,* urging reversal.

*Miscellaneous Orders.*

No. 254, Misc.   SCHECTMAN *v.* FOSTER, WARDEN.   The motion for leave to file petition for writ of certiorari is denied.   Petitioner *pro se.   Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, *Herman N. Harcourt* and *George A. Radz,* Assistant Attorneys General, for respondent.

No. 257, Misc.   YOUNG *v.* ROBINSON, WARDEN;
No. 273, Misc.   BROWN *v.* MINNESOTA; and
No. 274, Misc.   BRIDGE *v.* WRIGHT, WARDEN.   The motions for leave to file petitions for writs of habeas corpus are severally denied.

No. 262, Misc.   HYNES, REGIONAL DIRECTOR, *v.* PRATT, JUDGE.   The motion for leave to file petition for writ of

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which judgments or orders were this day announced.